UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARMANDO VASQUEZ REYES,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>ALVAREZ, et al.,<br><br>　　　　　　Defendants | Case No. 2:24-cv-01355-JAD-MDC<br><br>**ORDER** |

　　　　Plaintiff Armando Reyes's mail from the Court has been returned as undeliverable, noting that he is no longer at Ely State Prison. (ECF No. 17). According to the Nevada Department of Corrections inmate database, Plaintiff might be housed at High Desert State Prison, but he has not filed a change of address notice with the Court. Plaintiff is reminded that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. Prac. 3-1. "The notification must include proof of service on each opposing party or the party's attorney." *Id.* "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

　　　　It is therefore ordered that Plaintiff has until July 18, 2025, to file his updated address with the Court.

　　　　Plaintiff is advised that this action may be subject to dismissal without prejudice if he fails to timely comply.

　　　　The Clerk of Court is directed to send Plaintiff a courtesy copy of this order by delivering it to High Desert State Prison's law library.

　　　　DATED: June 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE