**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Armando Vasquez Reyes,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Alvarez, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-01355-JAD-MDC<br><br>**ORDER** |

The parties settled this case and the Court ordered that settlement documents were due by July 21, 2025. *ECF No. 24*. The Court has also received notice that plaintiff Reyes is no longer at Ely State Prison. *ECF No. 25*.

**IT IS ORDERED** that by **November 17, 2025**, the parties, or counsel at the Nevada Attorney General, must file either:

1. A stipulation for dismissal; or

2. A status report.

3. Failure to comply with this order may result in a report and recommendation that this case be dismissed and monetary sanctions be against the defendants.

Dated: October 16, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge