AARON D. FORD
 Attorney General
LEO T. HENDGES (Bar No. 16034)
 Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-3795 (phone)
(702) 486-3768 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARMANDO VASQUEZ REYES,<br><br>            Plaintiff,<br><br>v.<br><br>NDOC, et al.<br><br>            Defendants. | Case No. 2:24-cv-01355-JAD-MDC<br><br>**STIPULATION AND ORDER TO DISMISS**<br><br>ECF No. 30 |

IT IS HEREBY STIPULATED by and between Plaintiff, Armando Vasquez-Reyes, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Senior Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 25th day of July, 2025.

By: _____
ARMANDO VASQUEZ REYES
Plaintiff

DATED this 18th Day of July, 2025.

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Interested Party*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____November 14_____, 2025.

_____
UNITED STATES DISTRICT JUDGE